FILED & JUDGMENT ENTERED

Christine F. Ramsey

May  18  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

------------------------------------------------------------ x
In re:                                                      :
                                                            :     Chapter 13
ERIK LEE VOGEL AND JENNIFER ROBIN            :
VOGEL,                                                      :     Case No.: 25-30055
                                                            :
                              Debtor.                       :
------------------------------------------------------------ x

## ORDER GRANTING MOTION
## FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of Hyundai Capital America as servicer for Hyundai Lease Titling

Trust's Motion for Relief from Automatic Stay (the "Motion") and any objection to the Motion;

and after due deliberation thereon; and good cause having been shown and found; it is, by the

United States Bankruptcy Court for the Western District of North Carolina, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 and Co-Debtor Stay of 11 U.S.C.

§ 1301 are hereby terminated to permit Hyundai Capital America as servicer for Hyundai Lease

WBD (US) 54893851v1

Titling Trust to exercise its rights and remedies under applicable non-bankruptcy law under the Motor Vehicle Lease Agreement executed by Debtor and Co-Debtor in favor of Hyundai Capital America as servicer for Hyundai Lease Titling Trust in the principal amount of $8,915.40 for the financed purchase of one (1) 2023 Kia Stinger, VIN No. KNAE35LDXP6128064 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that Hyundai Capital America as servicer for Hyundai Lease Titling Trust is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing Hyundai Capital America as servicer for Hyundai Lease Titling Trust, including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED**, that upon disposition of the Vehicle, Hyundai Capital America as servicer for Hyundai Lease Titling Trust must provide an explanation of any surplus to the trustee, the debtor's attorney, and the debtor within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED**, that Hyundai Capital America as servicer for Hyundai Lease Titling Trust has 120 days for personal property from entry of the order granting the relief to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein; and it is further

**ORDERED**, that the fourteen-day stay imposed by Rule 4001(a)(3) of the Federal Rules

of Bankruptcy Procedure is hereby waived.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**

END OF DOCUMENT